UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

    Plaintiff,

vs.    CASE NO. 3:07-cv-22-J-25HTS

STATE OF FLA C/O DEPT.
FAMILIES AND CHILDREN -
MS. DAVIS AND SHANNON
STAFFORD,

    Defendants.
_____

**REPORT AND RECOMMENDATION**[1]

    Plaintiff filed this suit on January 10, 2007, *see* Complaint (Doc. #1), seeking to proceed in forma pauperis. *See* Affidavit of Indigency (Doc. #2; Petition), filed on January 10, 2007. As it did not appear Mr. Fisher had stated a valid federal claim, the Court "determined the suit may be subject to dismissal." Order (Doc. #8; Order), entered on January 18, 2007, at 1. Accordingly, the Petition was taken under advisement and Plaintiff was given an opportunity to file an amended complaint. Order at 3.

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

In certain situations, courts may allow litigants to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a). However, to limit the potential incentive for conducting improper litigation, the judiciary can on its own motion dismiss malicious or frivolous cases sought to be prosecuted in forma pauperis. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). A frivolous suit is defined as one that "lacks an arguable basis either in law or in fact." *Id.* at 325.

Additionally, a court is to dismiss the case if it "fails to state a claim on which relief may be granted[.]" 28 U.S.C. § 1915(e)(2)(B)(ii). Ordinarily, though, at least one opportunity to amend will be afforded "when a liberal reading of the complaint gives any indication that a valid claim might be stated." *Gomez v. USAA Fed. Sav. Bank*, 171 F.3d 794, 795 (2d Cir. 1999) (per curiam) (internal quotation marks omitted); *see also Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1308 n.7 (11th Cir. 2004) (per curiam).

In response to the Order, Plaintiff filed a two-page Amended Complaint (Doc. #9; Amended Complaint) on January 25, 2007. Nevertheless, he has not presented allegations demonstrating entitlement to relief. He writes that "Defendant Shannon Stafford stated to Plaintiff that [he] was a queer and did not deserve food stamps and has went to great measures to make a point of attempting to not give Plaintiff and his 3 other household members the food

stamps we are entitled to by law[.]"  Amended Complaint at 1 (capitalization omitted).  He also incorrectly states that "under Title 28 USC 1331 a person cannot be discriminated against because of color[,] religion, political belief, sex, [or] sexual orientation[.]"  *Id.* at 2 (capitalization omitted).

Contrary to Plaintiff's suggestion, there does not appear to be any statute prohibiting discrimination on the basis of sexual orientation in relation to the processing of food stamp applications.  *See*, *e.g.*, 7 U.S.C. § 2020(c) (prohibiting discrimination "[i]n the certification of applicant households for the food stamp program . . . by reason of race, sex, religious creed, national origin, or political beliefs"); 42 U.S.C. § 2000d ("No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."); *cf. Simonton v. Runyon*, 232 F.3d 33, 36 (2d Cir. 2000) ("[T]he term 'sex' in Title VII refers only to membership in a class delineated by gender, and not to sexual affiliation[.]").

**RECOMMENDATION**

For the foregoing reasons, it is recommended the Petition (Doc. #2) be **DENIED** and this case **DISMISSED** pursuant to 28 U.S.C. § 1915 without prejudice to the filing of a prepaid complaint.

**DONE AND ENTERED** at Jacksonville, Florida, this 9th day of February, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Henry Lee Adams, Jr.
United States District Judge

All counsel of record
    and pro se parties, if any