UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

    Plaintiff,

v.                                                          CASE NO. 3:07-cv-22-J-25HTS

STATE OF FLA C/O DEPT.
FAMILIES AND CHILDREN -
MS. DAVIS AND SHANNON
STAFFORD,

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 10) recommending that Plaintiff's request to proceed *in forma pauperis* (Dkt. 2) be denied and this case be dismissed pursuant to 28 U.S.C. § 1915 without prejudice to the filing of a prepaid complaint. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is adopted and incorporated by reference in this Order.

2. Plaintiff's request to proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

3.   This action is **DISMISSED without prejudice** to refile the complaint accompanied with the filing fee. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this ___ day of March, 2007.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
*Pro Se* parties